ACCEPTED
01-13-00963-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/25/2015 3:00:54 PM
CHRISTOPHER PRINE
CLERK

No. 01-13-00963-CV

IN THE FIRST COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/25/2015 3:00:54 PM
CHRISTOPHER A. PRINE
Clerk

**MEDICAL DISCOUNT PHARMACY, L.P., LIFECHEK ROSENBERG GP, INC., LIFECHEK, INC., AND BRUCE V. GINGRICH, INDIVIDUALLY,**

**Appellants,**

**v.**

**STATE OF TEXAS,**

**Appellee**

On Appeal from Cause No. 12-DCV-196841
In the 434th District Court of Fort Bend County, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO APPELLANTS' MOTION FOR REHEARING**

Rosemarie Donnelly
Assistant Attorney General
State Bar No. 05983020
Office of the Attorney General of Texas
Consumer Protection Division
808 Travis, #1520
Houston, Texas  77002
Phone:  713-225-8919
Fax:  713-223-5821
rosemarie.donnelly@texasattorneygeneral.gov

TO THE HONORABLE COURT OF APPEALS:

Appellee, the State of Texas, respectfully moves for a 21-day extension of time to file its response to Appellants' Motion for Rehearing. This Court issued its opinion and judgment on July 7, 2015. Appellants filed a Motion for Rehearing on September 4, 2015. On September 17, 2015, this Court requested that Appellee file a response to Appellants' Motion for Rehearing. The current deadline for the Appellee to file its response to Appellants' Motion for Rehearing is Thursday, October 1, 2015. No previous extensions of time to respond to the Motion for Rehearing have been requested by Appellee. An extension of time is needed by Appellee for the following reasons:

1. Rosemarie Donnelly, Appellee's lead appellate counsel, is the lead attorney for the plaintiff in *State of Texas v. PN Super Texas, Inc., et al.*, Cause No. 2015-54732, in the 165th Judicial District Court of Harris County, Texas. This case was filed on September 16, 2015. A Temporary Injunction hearing has been set for this case on September 28, 2015.

2. Rosemarie Donnelly is the lead attorney for the plaintiff in *State of Texas v. Katz Boutique 1, Inc., et al.*, Cause No. 2015-33890, in the 157th Judicial District Court of Harris County, Texas. This case was filed on June 12, 2015, and the parties are currently conducting discovery. The defendants in this case filed an interlocutory appeal on September, 18, 2015.

3. Rosemarie Donnelly is the lead attorney for the plaintiff in *State of Texas v. 2709 Broadway, Inc., et al.*, Cause No. 2015-49862, in the 151st Judicial District Court of Harris County, Texas. This case was filed on August 26, 2015, and the parties are currently conducting discovery.

4. Rosemarie Donnelly is also the Managing Attorney for the Houston regional office of the Consumer Protection Division of the Office of Attorney General of Texas. In her capacity as Managing Attorney, a considerable amount of her time is assisting other attorneys in the office with their cases.

For the foregoing reasons, Appellee respectfully moves for an extension of time of 21 days to file Appellee's Response to Appellants' Motion for Rehearing to October 22, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

TOMMY PRUD'HOMME
Chief, Consumer Protection Division

/s/ Rosemarie Donnelly

Rosemarie Donnelly
Assistant Attorney General
State Bar No. 05983020
Consumer Protection Division
808 Travis, Suite 1520
Houston, Texas 77002
Telephone (713) 225-8919
Facsimile (713) 223-5821
rosemarie.donnelly@texasattorneygeneral.gov

**ATTORNEYS FOR APPELLEE,
THE STATE OF TEXAS**

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that, on September 25, 2015, the undersigned conferred with Levon Hovnatanian, Appellants' counsel, regarding the foregoing Motion and Mr. Hovnatanian indicated that Appellants were not opposed.

/s/ Rosemarie Donnelly
Rosemarie Donnelly

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this document was produced on a computer using Microsoft Word and contains 361 words, as determined by the computer software's word-count function, excluding the sections of the document listed in Texas Rule of Appellate Procedure 9.4(i)(1).

/s/ Rosemarie Donnelly
Rosemarie Donnelly

## CERTIFICATE OF SERVICE

I certify that, on September 25, 2015, a true and correct copy of this Unopposed Motion for Extension of Time to File Response to Appellants' Motion for Rehearing was served on the following:

Bruce E. Ramage – *via email and e-filing*
Levon G. Hovnatanian – *via email and e-filing*
Martin, Disiere, Jefferson & Wisdom, L.L.P
808 Travis, #1800
Houston, Texas 77002
*Attorneys for Appellants Medical Discount Pharmacy, L.P., LifeChek Rosenberg GP, Inc., LifeChek, Inc., and Bruce V. Gingrich, Individually*


      /s/ Rosemarie Donnelly
      Rosemarie Donnelly